MARY C. REMER, as Administratrix, etc., Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued April 24, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 17, 1888, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*E. B. Hinsdale* for appellant.

*C. D. Rust* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

HEZEKIAH PECK, Appellant, v. JULIA F. KIRTZ, as Administratrix, etc., Respondent.

(Argued April 24, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made May 1, 1888, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term.

*J. M. Dunning* for appellant.

*J. D. Decker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.